## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 13-cv-01502-RPM**

MARY-LOUISE W. STEELE,

    Plaintiff,

v.

HCA-HEALTHONE, LLC d/b/a SKY RIDGE MEDICAL CENTER,

    Defendant.

## ORDER GRANTING THE STIPULATED JOINT MOTION TO AMEND THE PLEADINGS

THE COURT, having reviewed and considered the Parties' Stipulated Joint Motion to Amend the Pleadings (the "Motion"), and as the interests of justice require, hereby GRANTS the Motion.

IT IS ORDERED that the caption in this case be modified to reflect the Parties' names as reflected in Exhibit A of the Motion and as appears in this Order.

DATED this 5th day of September, 2013.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge