IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01502-RPM

MARY-LOUISE W. STEELE,

    Plaintiff,

v.

HCA-HEALTHONE, LLC d/b/a Sky Ridge Medical Center,

    Defendant.

---

ORDER GRANTING MOTION FOR APPROVAL OF STIPULATION TO TAKE
DEPOSITION AFTER THE DISCOVERY CUT-OFF

---

    THE COURT, having reviewed and considered Defendant HCA-HealthONE, LLC d/b/a/ Sky Ridge Medical Center's Unopposed Motion for Approval of Stipulation to Take Deposition After the Discovery Cut-Off (the "Motion"), filed March 18 2014, and the Stipulation to Take Dr. Beth Roland's Deposition ("Stipulation") submitted with the Motion, hereby GRANTS the Motion.

    IT IS ORDERED that the Stipulation is approved. The parties may take the deposition of Dr. Beth Roland on April 18, 2014, at 2:30 p.m. MDT

    DATED:  March 19th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch

                            Richard P. Matsch, Senior Judge