THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01502-RPM

MARY-LOUISE W. STEELE,

      Plaintiff,

v.

HCA-HEALTHONE, LLC d/b/a SKY RIDGE MEDICAL CENTER,

      Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT
_____

      Upon review of the Defendant's Opposed Motion for an Extension of Time to File Its Motion for Summary Judgment [17] and because it is unlikely that the claim of age discrimination in this civil action can be resolved by summary judgment, it is

      ORDERED that the motion is denied.

      Dated:  May 14th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge