THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01502-RPM

MARY-LOUISE W. STEELE,

      Plaintiff,

v.

HCA-HEALTHONE, LLC d/b/a SKY RIDGE MEDICAL CENTER,

      Defendant.
_____

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
_____

Upon consideration of the defendant's motion for summary judgment, filed May 16, 2014, [Doc. 20], the plaintiff's response, filed June 9, 2014, [Doc. 22] and the defendant's reply, filed June 26, 2014, [Doc. 25], together with the briefs and the multiple supporting exhibits, the Court finds that the plaintiff has submitted adequate evidence to warrant a jury trial, given the abrupt termination of the plaintiff's employment based on what appears to be a trivial incident.  It is therefore

ORDERED that the defendant's motion for summary judgment is denied.

Dated:   July 2nd, 2014

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____

                         Richard P. Matsch, Senior District Judge