THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01502-RPM

MARY-LOUISE W. STEELE,

    Plaintiff,
v.

HCA-HEALTHONE, LLC d/b/a SKY RIDGE MEDICAL CENTER,

    Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

    The Court having determined that a pretrial conference should now be scheduled, it is

    ORDERED that a pretrial conference is scheduled for **July 28, 2014, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx .  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **July 24, 2014.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

    Dated:   July 8th, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge