THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01502-RPM

MARY-LOUISE W. STEELE,

     Plaintiff,

v.

HCA-HEALTHONE, LLC d/b/a SKY RIDGE MEDICAL CENTER,

     Defendant.
_____

ORDER SETTING TRIAL DATE
_____

     Pursuant to the conference today, it is

     ORDERED that this matter is set for trial to jury on **December 1, 2014, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx .

     Dated:   July 28th, 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge