THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01502-RPM

MARY-LOUISE W. STEELE,

      Plaintiff,

v.

HCA-HEALTHONE, LLC d/b/a SKY RIDGE MEDICAL CENTER,

      Defendant.

_____

ORDER VACATING DEADLINES AND TRIAL DATE
_____

      Pursuant to the Notice of Settlement [35] filed September 2, 2014, it is

      ORDERED that all deadlines and the December 1, 2014, trial date are vacated.

It is

      FURTHER ORDERED that the parties shall file a stipulation of dismissal on or

before **September 17, 2014.**

      Dated:   September 3rd, 2014

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____

                          Richard P. Matsch, Senior District Judge