THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01502-RPM

MARY-LOUISE W. STEELE,

    Plaintiff,

v.

HCA-HEALTHONE, LLC d/b/a SKY RIDGE MEDICAL CENTER,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Joint Stipulation of Dismissal with Prejudice [39] filed October 13, 2014, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorney's fees and costs.

    Dated:   October 14th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge